# OCTOBER 20, 1943

## EX PARTE L. C. AKINS.

No. 22664. Delivered October 20, 1943.

*Basket & Parks,* of Dallas, for appellant.

*Spurgeon E. Bell,* State's Attorney, of Austin, for the State.

BEAUCHAMP, Judge.

The record is before us without notice of appeal. We have no jurisdiction to consider any matter presented in the cause.

The appeal is dismissed.